IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VARONA LUIS FELIPE,

    Petitioner,

vs.                                          Case No. 4:17cv409-RH/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner is a native and citizen of Cuba who alleged in the petition that ICE would be unable to remove him because "there are currently no formal diplomatic relations between Cuba and the United States, nor is there any formal or informal agreement between the two countries regarding repatriation." ECF No. 1 at 5. Petitioner sought release from an alleged period of indefinite detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.* at 5-6.

Finding the petition sufficient, Respondents were required to file an answer or other appropriate pleading to the petition. ECF No. 4. Respondents have now filed a motion to dismiss asserting that on September 29, 2017, Petitioner was released "from confinement at the Wakulla County Detention Facility under an order of supervision . . . ." ECF No. 9 at 1-2.

Attached to the motion to dismiss is a copy of the Order of Supervision which is signed by Petitioner. ECF No. 9-1. Petitioner has been released from custody and subject to the specified conditions. *Id.* Because Petitioner's request for relief in the petition has already been granted, (release from detention), no further judicial remedy is available. This case should be dismissed as moot. *Id.* Should Petitioner Luis Felipe Varona[1] object to this recommendation of dismissal, Petitioner must file either "objections" or a "motion for reconsideration" within fourteen days.

Accordingly, it is **ORDERED** that the Clerk of Court provide a copy of this Order and Report and Recommendation to Petitioner at both addresses listed in Respondents' service of service. ECF No. 9 at 4.

---

[1] It is now apparent that the case style is incorrect. Petitioner's surname is Varona, not Felipe. ECF No. 9-1 at 2. There is no need to change the case style, however, as Petitioner should be able to receive this Order and Report and Recommendation in the mail.

Case No. 4:17cv409-RH/CAS

## RECOMMENDATION

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 9, filed by Respondents be **GRANTED** and the petition for writ of habeas corpus, ECF No. 1, filed by Petitioner Luis Felipe Varona, A# 023-224-557, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on October 20, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**