**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

VARONA LUIS FELIPE,

       Petitioner,

v.                                 CASE NO.  4:17cv409-RH/CAS

JEFF SESSIONS et al.,

       Defendants.

_____/


**<u>ORDER OF DISMISSAL</u>**


       This case is before the court on the magistrate judge's report and recommendation ECF No. 10. No objections have been filed. Upon consideration,

       IT IS ORDERED:

       The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

       SO ORDERED on November 27, 2017.

                                s/Robert L. Hinkle_____
                                United States District Judge